No. 588. ILLINOIS CENTRAL RAILROAD Co. ET AL. v. MISSISSIPPI PUBLIC SERVICE COMMISSION ET AL.; and

No. 589. INTERSTATE COMMERCE COMMISSION v. MIS- SISSIPPI PUBLIC SERVICE COMMISSION ET AL. Appeals from the United States District Court for the Southern District of Mississippi. Per Curiam: The motions to

affirm are granted and the judgment is affirmed. MR. JUSTICE REED dissents. *Harold E. Spencer, A. J. Baumann, Robert Burns, J. L. Byrd, A. J. Dixon, Y. D. Lott, Jr.* and *Prime F. Osborn* for appellants in No. 588. *Edward M. Reidy* and *Leo H. Pou* for appellant in No. 589. *J. P. Coleman,* Attorney General of Mississippi, and *Dugas Shands,* Assistant Attorney General, for the Mississippi Public Service Commission; and *Jim C. Floyd* and *Charles A. Horsky* for the American Sand & Gravel Co. et al., appellees. Reported below: 124 F. Supp. 809.